**MUSICK, PEELER & GARRETT LLP**

333 South Hope Street, Suite 2900
Los Angeles, California 90071-1406
Telephone (213) 629-7600
Facsimile (213) 624-1376

Steven J. Elie (State Bar No. 130566)
 s.elie@musickpeeler.com
Karen L. Bizzini (State Bar No. 119391)
 k.bizzini@musickpeeler.com
Danica Lam (State Bar No. 266710)
 d.lam@musickpeeler.com

Attorneys for Defendant STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PIERSON, an individual; and KATHLEEN PIERSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00682-FWS (DFMx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:    October 10, 2022<br><br>Trial Date:      June 20, 2024 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT:**

Pursuant to Local Rule 40-2, Plaintiffs ROBERT PIERSON and KATHLEEN PIERSON and Defendant STATE FARM GENERAL INSURANCE COMPANY respectfully notify the Court that a settlement has been reached in this matter.  The parties are in the process of preparing a formal settlement agreement.  As a result, the parties jointly request that the hearing on Defendant's Motion for Summary Judgment scheduled on March 7, 2024, Final Pretrial Conference scheduled on May 30, 2024, and the Trial set for June 20, 2024 be taken off of the Court's calendar.

DATED:  February 23, 2024          MUSICK, PEELER & GARRETT LLP

                                   By:   _____*/s/ Karen Bizzini*_____
                                         Steven J. Elie
                                         Karen L. Bizzini
                                         Danica Lam
                                         Attorneys for Defendant STATE FARM
                                         GENERAL INSURANCE COMPANY

DATED:  February  23, 2024         EJD LAW GROUP, APC

                                   By:   _____*/s/ Elan Dunaev*_____
                                         Elan J. Dunaev
                                         Attorneys for Plaintiffs
                                         ROBERT PIERSON and KATHLEEN
                                         PIERSON