**MUSICK, PEELER & GARRETT LLP**
333 South Hope Street, Suite 2900
Los Angeles, California 90071-1406
Telephone (213) 629-7600
Facsimile (213) 624-1376

Steven J. Elie (State Bar No. 130566)
 *s.elie@musickpeeler.com*
Karen L. Bizzini (State Bar No. 119391)
 *k.bizzini@musickpeeler.com*
Danica Lam (State Bar No. 266710)
 *d.lam@musickpeeler.com*

Attorneys for Defendant STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PIERSON, an individual; and KATHLEEN PIERSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00682-FWS (DFMx)<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed:   October 10, 2022<br>Trial Date:   June 20, 2024 |

**MUSICK, PEELER & GARRETT LLP**

Plaintiffs ROBERT PIERSON and KATHLEEN PIERSON and Defendant STATE FARM GENERAL INSURANCE COMPANY hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of actions, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO STIPULATED**.

DATED: May 23, 2024      EJD LAW GROUP, APC

By: s/ Elan J. Dunaev
Elan J. Dunaev
Attorneys for Plaintiffs
ROBERT PIERSON and KATHLEEN PIERSON

DATED: May 23, 2024      MUSICK, PEELER & GARRETT LLP

By: s/ Danica Lam
Steven J. Elie
Karen L. Bizzini
Danica Lam
Attorneys for Defendant STATE FARM GENERAL INSURANCE COMPANY